MICHAEL BAILEY
United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Erica.seger@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 19-03338MJ |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL |
| Blane Barksdale, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, gives notice that Assistant United States Attorney ERICA L. SEGER is counsel for the United States of America in the above-captioned matter.

Respectfully submitted this 28th day of August, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Erica L. Seger*

ERICA L. SEGER
Assistant U.S. Attorney