MICHAEL BAILEY
United States Attorney
District of Arizona

THOMAS C. SIMON
Arizona Bar No. 03857
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov

```
FILED         ___ LODGED
RECEIVED      ___ COPY

SEP 2 4 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-08232-PCT-MTL (DMF) |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| Blane Barksdale, | |
| Defendant. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to a criminal case in the U.S. District Court in Tucson, 19-MJ-03338-TUC-EJM, which was dismissed on September 12, 2019.

Respectfully submitted this 24th day of September, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Thomas C. Simon*

THOMAS C. SIMON
Assistant U.S. Attorney